AUGUST 29, 1963

No. 67951.—Wales Fabrics Corp. v. United States, protests 62/14951 and 62/15025. Protests abandoned July 15, 1963. (Not published.) (Initial No. 60/5778.) Plaintiff's application for rehearing granted.

No. 67952.—S. M. Iida, Ltd., and American Customs Brokerage Co. et al. v. United States, protests 61/15517, etc. Protests abandoned July 9, 1963. (Not published.) Plaintiffs' application for rehearing denied.

AUGUST 26, 1963

No. 67953.—APPEAL 5108.—United States v. Williams Clarke Co., a/c American Agar & Chemical Co.—

—C.D. 2322 reversed April 25, 1963. C.A.D. 822.

No. 67954.—APPEAL 5139.—United States v. Engis Equipment Company.—

Appeal dismissed June 3, 1963.

BEFORE THE SECOND DIVISION, SEPTEMBER 3, 1963

No. 67955.—W. C. Sullivan & Company v. United States, protests 62/18594–13044, etc. (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiff was sustained.